# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MICHELLE MOODY, | : |
| Plaintiff | : Civil Action No.: 14-cv-4912 |
| v. | : |
| ATLANTIC CITY BOARD OF EDUCATION, | : |
| Defendant. | : |

## DEFENDANT, ATLANTIC CITY BOARD OF EDUCATION WITNESS LIST

1. Donna Haye, Retired Superintendent
   5452 Pittsburgh Avenue, Mays Landing, NJ 08330

2. Barry Caldwell, Superintendent
   Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

3. Sherry Yahn, Asst. Superintendent of Curriculum & Instruction
   Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

4. Diane Saunders, Director of Human Resources
   Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

5. Kurt Austin, Facilities Manager
   Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

6. James Knox, Principal
   Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

7. Maurice Marshall, Custodian
   Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

8. Mark Crumble, Custodian
   Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

9.  Hattie Martin, Custodian
    Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

10. Eloise Spellman, Custodian
    Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

11. Harold Barnes, Custodian
    Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

12. Granville Haywood, Custodian
    Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

13. Daniel Smith, Custodian
    Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

14. Joseph Beaman, Custodian
    Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

15. George Frino, Esquire
    Glenpointe Central West, 500 Frank W. Burr Blvd., Teaneck, NJ 07666

16. Romonda Coley, Custodian
    Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

17. Jahmil Shakur, Custodian
    920 Spruce Avenue, Pleasantville, NJ 08232

18. Donna Heller, Payroll
    Atlantic City Board of Education, 1300 Atlantic Avenue, Atlantic City, NJ 08401

19. Marty Small, Councilman
    City of Atlantic City, 1301 Bacharach Blvd., Atlantic City, NJ 08401