# EXHIBIT B

## DEFENDANT EXHIBIT LIST

| Exhibit No. | Exhibit | ID | EV |
|---|---|---|---|
|  |  |  |  |
| 1 | Application for Employment (5/8/2009) AC 93-95 |  |  |
| 2 | Letter from HR Manager to Michelle Moody advising approved as Substitute Safety Officer (6/29/09) AC 92 |  |  |
| 3 | 2010-2011 Substitute Intent Form – Substitute Safety Officer (5/7/10) AC 109 |  |  |
| 4 | Letter from Asst. Supt. of Schools, Donna Haye advising approved as Substitute Safety Officer (7/7/10) AC 110 |  |  |
| 5 | 2011-2012 Substitute Intent Form – Safety Officer & Interest in Substitute Custodian (5/11/11) AC 113 |  |  |
| 6 | Letter from HR Supervisor to Michelle Moody advising approved as Substitute Custodian (11/22/11) AC 104 |  |  |
| 7 | 2012-2013 Substitute Intent Form – Substitute Custodian & Safety Officer (4/5/12) AC 103 |  |  |
| 8 | Letter from HR Supervisor to Michelle Moody advising approved as Substitute Custodian & Safety Officer (5/30/12) AC 102 |  |  |
| 9 | 2013-2014 Substitute Intent Form – Substitute Custodian & Safety Officer (4/23/13) AC 101 |  |  |
| 10 | Letter from HR Supervisor to Michelle Moody advising approved as Substitute Custodian & Safety Officer (5/23/13) AC 100 |  |  |
| 11 | Handwritten Statement by Michelle Moody AC01; P1-P2 |  |  |
| 12 | Letter from D. Saunders to Michelle Moody (2/12/13) AC 02 |  |  |
| 13 | Letter from D. Saunders to Michelle Moody (2/20/13) AC 03 |  |  |
| 14 | Letter from D. Saunders to Maurice Marshall (2/21/13) AC 04 |  |  |
| 15 | AC School District, Human Resources Department, Harassment Grievance Investigation Report (AC10-33) |  |  |
| 16 | Letter from George Frino, Esquire to Michael Moody (5/30/13) AC 09 |  |  |
| 17 | Executive Summary completed by George Frino, Esquire (AC 57-62) |  |  |
| 18 | Investigation Report completed by George Frino, Esquire (AC 63-87) |  |  |
| 19 | Letter from D. Haye to Michelle Moody (7/23/13) AC 05-06 |  |  |
| 20 | Letter from D. Haye to Maurice Marshall (7/24/13) AC 07-08 |  |  |
| 21 | Substitute Report – M. Moody (7/1/11 – 6/30/12) AC 88 |  |  |
| 22 | Substitute Report – M. Moody (7/1/12 – 6/30/13) AC 89 – 90 |  |  |
| 23 | Substitute Report – M. Moody (7/1/13 – 6/30/14) AC 91 |  |  |
| 24 | Employee Ledger Report – Michelle Moody (10/5/09 – 6/30/14) AC 115-118 |  |  |
| 25 | Certification of Sherry Yahn, Asst. Supt. (AC 761-763) |  |  |

| Exhibit No. | Exhibit | ID | EV |
|---|---|---|---|
| 26 | Letter from HR Supervisor to Romonda Coley regarding employment (8/20/13) AC 161 | | |
| 27 | Employment Contract – Romonda Coley (2013-2014) AC 158 | | |
| 28 | Letter to Coley appoint as custodian AC 161 | | |
| 29 | State of New Jersey Boiler Operator License – Romonda Coley AC 142 | | |
| 30 | EEOC – Charge of Discrimination filed by Michelle Moody with Attachment A (3/20/13) AC 43-53 | | |
| 31 | EEOC – Second Amended Charge of Discrimination filed by Michelle Moody (1/10/14) P49-55 | | |
| 32 | Civil Complaint filed in Federal Court  (8/5/14) | | |
| 33 | Atlantic City Board of Education Policy 4125 – Employment of Support Staff Members AC 137-140 | | |
| 34 | Atlantic City Board of Education Policy 4415 – Substitute Wages AC 120 | | |
| 35 | Atlantic City Board of Education Policy 4352 – Sexual Harassment AC 121-122 | | |
| 36 | Atlantic City Board of Education Regulation 4352 – Sexual Harassment of Support Staff Member Complaint Procedure AC 123-129 | | |
| 37 | Atlantic City Board of Education Regulation 4281 – Inappropriate Staff Conduct AC 130-136 | | |
| 38 | 2012 W-2 Michelle Moody – P21 | | |
| 39 | 2013 W-2 Michelle Moody – P20 | | |
| 40 | Petition filed by Michelle Moody against the Atlantic City Board of Education P26-32 | | |
| 41 | Letter to Michelle Moody from EEOC (6/16/14) P58 | | |
| 42 | Letter to Michelle Moody from US Dept. of Justice (7/23/14) EEOC P56 | | |
| 43 | Michelle Moody v. IPC International Corporation Complaint filed 9/18/07 | | |
| 44 | Michelle Moody v. IPC International Corporation Complaint filed 9/25/07 | | |
| 45 | Sub-Custodial Payroll Sheet, Pay Period September 24, 2012 – October 5, 2012 (A143-A145) | | |
| 46 | Sub-Custodial Payroll Sheet, Pay Period October 8, 2012 – October 19, 2012 (A146-148) | | |
| 47 | Sub-Custodial Payroll Sheet, Pay Period  October 22, 2012 – November 2, 2012 (A149-151) | | |
| 48 | Sub-Custodial Payroll Sheet – Pay Period November 5, 2012 – November 16, 2012 (AC152-154) | | |
| 49 | Sub-Custodial Payroll Sheet – Pay Period November 19, 2012 – November 30, 2012 (A155-157) | | |

| Exhibit No. | Exhibit | ID | EV |
|---|---|---|---|
| 50 | Sub-Custodial Payroll Sheet, Pay Period December 3, 2012 – December 14, 2012 (A158-160) | | |
| 51 | Sub-Custodial Payroll Sheet, Pay Period December 17, 2012 – December 28, 2012 (A161 – 163) | | |
| 52 | Sub-Custodial Payroll Sheet, Pay Period December 31, 2012 – January 11, 2013 (A164-166) | | |
| 53 | Sub-Custodial Payroll Sheet, Pay Period January 15, 2013 – January 25, 2013 (A167-169) | | |
| 54 | Sub-Custodial Payroll Sheet, Pay Period January 28, 2013 – February 8, 2013 (A170-172) | | |
| 55 | Sub-Custodial Payroll Sheet, Pay Period February 11, 2013 – February 22, 2013 (A173-175) | | |
| 56 | Sub-Custodial Payroll Sheet, Pay Period February 25, 2013 – March 8, 2013 (A176-178) | | |
| 57 | Atlantic City Board of Education Employee ledger for M. Moody AC 115-118 | | |
| 58 | Declaration of Michelle Moody (4/14/16) – Filed with plaintiff opposition to Motion for Summary Judgment | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |