UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHELE MOODY, | : | Hon. Joseph H. Rodriguez: |
| Plaintiff, | : | Civil Action No. 14-4912 |
| v. | : | |
| ATLANTIC CITY BOARD OF EDUC., | : | |
| Defendant. | : | |

## JURY VERDICT FORM

WE, THE JURY, FIND AS FOLLOWS:

(1) Has Michele Moody proven by a preponderance of the evidence that Maurice Marshall created a hostile or abusive work environment for her on the basis of her female gender?

_____ Yes      ✓ No

*If the answer to question 1 is yes, proceed to question 2.*
*If the answer to question 1 is no, proceed to question 5.*

(2) Did the Atlantic City Board of Education exercise reasonable care to prevent harassment in the workplace on the basis of gender, and also exercise reasonable care to promptly correct any harassing behavior that does occur?

_____ Yes      _____ No

(3) Prior to February 4, 2013, did Michele Moody fail to take advantage of any preventive or corrective action opportunities provided by the Atlantic City Board of Education?

_____ Yes          _____ No

*If the answer to questions 2 and 3 is yes, proceed to question 5.*
*If the answer to questions 2 or 3 is no, proceed to question 4.*

(4) What amount, if any, do you assess against the Atlantic City Board of Education to compensate Michele Moody as compensatory damages for pain and suffering, inconvenience, mental anguish, or loss of enjoyment of life for any such injury she actually sustained as a result of the hostile or abusive work environment?

$_____

*If no compensatory damages were awarded in answer to question 4, Plaintiff is entitled to nominal damages of $1.00.*

(5) Has Michele Moody proven by a preponderance of the evidence that the Atlantic City Board of Education retaliated against her for making a complaint on February 4, 2013 of sexual harassment?

_____ Yes          ✓ No

*If the answer to question 5 is yes, proceed to question 6.*
*If the answer to question 5 is no, your deliberations are complete; please sign and date the Verdict Form.*

(6) What amount, if any, do you assess against the Atlantic City Board of Education to compensate Michele Moody as compensatory damages for pain and suffering, inconvenience, mental anguish, or loss of enjoyment of life for any such injury she actually sustained as a result of the Atlantic City Board of Education's retaliatory conduct? (This award should not include back pay damages, considered below.)

$_____

(7) What amount, if any, do you assess against the Atlantic City Board of Education to compensate Michele Moody for back pay resulting from the reduction of her work hours after she complained to the Atlantic City Board of Education on February 4, 2013?

$_____

*If your answer to question 5 was yes, but no damages were awarded in answer to question 6 or 7 because Plaintiff failed to prove actual injury, Plaintiff is entitled to nominal damages of $1.00.*

*Your deliberations are complete; please sign and date this Verdict Form.*

SO SAY __8__ of us
this __30__ day of __May__, 20

_____  Foreperson